## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:  Michael Robinson ) | |
| ) | Case No:  19 B 02201 |
| ) | Judge:    Hunt |
| ) | Chapter   13 |
| Debtor ) | |

### NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn St., Room 873, Chicago, IL 60604
**Trustee:** Tom Vaughn, 55 E. Monroe St., Suite 3850, Chicago, IL 60603
**and served upon the following parties via U.S. Mail:**
**Debtor:** Michael Robinson, 521 53RD St, Bellwood, IL 60104
**See Attached Service List**

PLEASE TAKE NOTICE that on July 22, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Hunt, or any other Bankruptcy Judge presiding in her place in Courtroom 719 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Confirm Chapter 13 Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

### PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before July 1, 2019.

_____/s/Angelica Harb_____
Angelica Harb
Hinds Law, LLC
211 W. Wacker Dr., Ste. 321
Chicago, IL 60606
800-695-7674

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-02201<br>Northern District of Illinois<br>Eastern Division<br>Mon Jul  1 17:03:40 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 |
| City of Chicago Parking<br>121 N. Lasalle<br>Chicago, IL 60602-1242 | Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>Po Box 9004<br>Renton, WA 98057-9004 | Credit Acceptance<br>25505 West 12 Mile Rd<br>Suite 3000<br>Southfield, MI 48034-8331 |
| Go Financial<br>7465 E Hampton Ave<br>Mesa, AZ 85209-3328 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Illinois Tollway<br>POB 5544<br>Chicago, IL 60680-5491 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Med Business Bureau<br>1460 Renaissance Dr #400<br>Park Ridge, IL 60068-1349 | Nationwide CAC LLC<br>10255 W. Higgins Road<br>Suite 300<br>Rosemont, IL 60018-5620 |
| Nationwide Cac Llc<br>3435 N Cicero Ave<br>Chicago, IL 60641-3719 | (p)NATIONWIDE CREDIT AND COLLECTION  INC<br>ATTN BOB BECK<br>815 COMMERCE DR<br>SUITE - 270<br>OAK BROOK IL 60523-8852 | Nissan Motor Acceptance<br>Attn: Bankruptcy Dept<br>Po Box 660360<br>Dallas, TX 75266-0360 |
| OAC Collection Specialists<br>Attn: Bankruptcy<br>Po Box 500<br>Baraboo, WI 53913-0500 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Tammy Robinson<br>521 53rd St.<br>Bellwood, IL 60104-1766 | Angelica Harb<br>Hinds Law LLC<br>211 W Wacker Dr Suite 321<br>Chicago, IL 60606-1217 | Christopher Turnbull<br>211 W. Wacker<br>Suite 321<br>Chicago, IL 60606-1217 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Michael W Robinson<br>521 53rd St.<br>Bellwood, IL 60104-1766 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Nationwide Credit & Collections, Inc<br>Attn : Bankruptcy<br>815 Commerce Dr Ste 270<br>Oak Brook, IL 60523 | Portfolio Recovery Associates, LLC<br>C/O Capital One Bank (usa), N.a.<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     0<br>Total                  23 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: Michael Robinson ) | |
| ) | Case No: 19 B 02201 |
| ) | Judge: Hunt |
| ) | Chapter 13 |
| Debtor ) | |

# MOTION TO CONFIRM CHAPTER 13 PLAN

Now comes Michael Robinson, (hereinafter referred to as "Debtor"), by and through his attorneys, and moves this Honorable Court for entry of an Order Confirming Chapter 13 Plan, and in support thereof, respectfully represents as follows:

1. On January 25, 2019, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court vacated dismissal on June 25th, 2019. The Debtor is now current on plan payments. Debtor's counsel filed an amended plan on June 17th, 2019 which resolved all the issues with the Trustee.

3. The Debtor believes his case is now ready for confirmation.

4. Debtor respectfully requests this Honorable Court enter an Order confirming the modified Chapter 13 Plan, at docket entry 30.

**WHEREFORE**, Debtor prays that this Court enter an Order Confirming Chapter 13 Plan, and for such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb_____
Angelica Harb
Hinds Law, LLC
211 W. Wacker Dr., Ste. 321
Chicago, IL 60606
800-695-7674